IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 11-50698 |
| | ) | Chapter 7 |
| RICHARD HENRY BLOOD, JR., | ) | |
|                 Debtor. | ) | |
| BARRETT L. CRAWFORD, Trustee for the Bankruptcy Estate of Richard Henry Blood, Jr., | ) | Adversary Proceeding No. 13-5019 |
|                 Plaintiff, | ) | |
| v. | ) | |
| RICHARD HENRY BLOOD, JR and CLAUDIA ANN BLOOD, | ) | |
|                 Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, to dismiss the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have settled this Adversary Proceeding, the Court has approved the settlement by Court Order dated December 27, 2013 and the Plaintiff is in receipt of the settlement proceeds. As such, this Adversary Proceeding is no longer necessary.

This the 10th day of February, 2014

/s/ Jessica V. Shaddock
Jessica V. Shaddock, Bar No. 41578
Attorney for Trustee
4600 Park Road, Suite 420
Charlotte, NC 28209
(704) 540-3622
jessicashaddock@johntaylorlaw.com

/s/ Bryan W. Stone
Bryan W. Stone
NC State Bar No.: 32943
301 S. McDowell St., Suite 1000
Charlotte, NC 28204
(704) 333-5184
bstone@swlawnc.com

/s/ Geoffrey A. Planer
Geoffrey A. Planer
P.O. Box 1596
Gastonia, NC 28053-1596
(704) 864-0235
planerlawfirm@gmail.com